UNITED STATES OF AMERICA  
UNITED STATES DISTRICT COURT  
FOR THE WESTERN DISTRICT OF MICHIGAN  
SOUTHERN DIVISION  

___

UNITED STATES OF AMERICA,

      Plaintiff,                                    Case No. 1:21-cr-1

v.                                              Honorable Paul L. Maloney

HASAN ZAHDEH,

                                                       **ORDER**

      Defendant.

_____/

Pursuant to the Due Process Protections Act, the government is reminded of its prosecutorial obligations pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, to disclose material that is favorable to the defendant and material to defendant's guilt or punishment, and the government is ordered to comply with this obligation. The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances.

      **IT IS SO ORDERED**.

Date: January 21, 2021                                                       /s/ Ray Kent  
                                                                              RAY KENT  
                                                                              United States Magistrate Judge